UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                            Case No. 1:05-mc-44

v.                                                              Hon. Richard Alan Enslen

KENNETH HOOGERHEIDE,

      Defendant.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)©.

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 23, 2005, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that Kenneth Hoogerheide shall respond to the Internal Revenue Service summons dated August 13, 2002, and produce the documents listed in the summons, except those already in the possession of the IRS as outlined in Exhibit C-1 attached to the government's Supplement to Petition to Enforce Internal Revenue Service Summons.

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
June 16, 2005                                      Richard Alan Enslen
                                                      United States District Judge